## Crozer *v.* Crozer, Appellant.

Argued March 22, 1971. *Marvin H. Levin,* for appellant; *Frank Carano,* with him *Carano & Kunken,* for appellee.

Appeal quashed.

MONTGOMERY, JACOBS and SPAULDING, JJ., dissent and would consider the merits of the appeal.

## Fitzgerald, Appellant, *v.* Radnor Township Civil Service Commission.

Argued March 16, 1971. *Morton S. Jaffe,* with him *Frederick D. Sarkis,* for appellant; *Sondra K. Slade,* with her *Fronefield Crawford,* and *Crawford & Diamond,* for appellee.

Order affirmed.

WATKINS, J., dissents.

HOFFMAN, J., absent.